5 So.2d 852
**Memnon (alias Mims) TIERCE v. STATE.**
**6 Div. 811.**

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 927
**Boyd TODD v. STATE.**
**8 Div. 80.**

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 927
**Boyd TODD v. STATE.**
**8 Div. 105.**

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 926
**Dan TURBYFILL v. STATE.**
**8 Div. 190.**

Court of Appeals of Alabama.
Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

6 So.2d 908
**John TURNER v. STATE.**
**8 Div. 158.**

Court of Appeals of Alabama.
Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

10 So.2d 59
**Aaron W. TUTT v. CITY OF BIR-MINGHAM.**
**6 Div. 909.**

Court of Appeals of Alabama.
June 23, 1942.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.